UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

MARY CARGYLE,

    Plaintiff,

-vs-                                      CASE NO.:  2:17-CV-0004-SPC-MRM

ASHRO, INC.,

    Defendant.
_____/

## **NOTICE OF SETTLEMENT**

    Plaintiff, MARY CARGYLE, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MARY CARGYLE, and Defendant, ASHRO, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    */s/Amy Ferrera, Esquire*
    Amy Ferrera, Esquire
    Florida Bar #:  15313
    Morgan & Morgan, Tampa,  P.A.
    One Tampa City Center
    201 N. Franklin Street, 7th Floor
    Tampa, FL 33602
    Tele:  (813) 223-5505
    Fax:  (813) 559-4846
    amferrera@forthepeople.com
    amoore2@forthepeople.com
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 5, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System Christian C. Burden, Esquire, Quarles & Brady, LLP, 101 E. Kennedy Blvd. Suite 3400, Tampa, FL 33602 (Chris.Burden@quarles.com); Zachary S. Foster, Esq., Quarles & Brady, LLP, 101 E. Kennedy Blvd., Suite 3400, Tampa, FL 33602-5195 (zachary.foster@quarles.com).

/s/Amy Ferrera, Esquire
Amy Ferrera, Esquire
Florida Bar #: 15313